DanaLynn T. Colao (Dcolao@saiber.com)
John F. Finnegan III (Jfinnegan@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
T: (973) 622-3333
F: (973) 622-3349
*Attorneys for Defendants,*
*Lady Liberty Academy Charter School (improperly pled as Lady Liberty Academy Charter School, Inc.), Glen T. Pinder and Albert Wright*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KELLY FORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LADY LIBERTY ACADEMY CHARTER SCHOOL, INC., GLEN T. PINDER, ALBERT WRIGHT, JOHN DOES 1-10 and X AND Y CORPORATIONS,<br><br>　　　　　Defendants. | Civil Action No. 2:15-cv-02611-KSH-CLW<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>*Document Electronically Filed* |

The matter at issue in the above-entitled action having been fully and finally resolved by and between the parties, it is hereby stipulated and agreed that the Complaint filed by Plaintiff Kelly Ford [ECF No. 1] is hereby dismissed with prejudice and without costs as to Defendants Lady Liberty Academy Charter School (improperly pled as Lady Liberty Academy Charter School, Inc.), Glen T. Pinder and Albert Wright.

**NEAL M. UNGER, P.C.**
Attorneys for Plaintiff

By: ___/s/ Neal M. Unger___
　　Neal M. Unger, Esq.

Dated: December 20, 2016

**SAIBER LLC**
Attorneys for Defendants

By: ___/s/ John F. Finnegan III___
　　DanaLynn T. Colao, Esq.
　　John F. Finnegan III, Esq.

Dated: ~~December~~ January 4, ~~2016~~ 2017